■ Lisa David, Appellant, v Vincent J. Biondo, Respondent. [656 NYS2d 882] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Golar, J.), dated December 6, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Golar at the Supreme Court. Thompson, J. P., Pizzuto, Joy and Luciano, JJ., concur.